

# CHRIS DANIEL <span style="color:red">01-15-00546-CR</span>

## HARRIS COUNTY DISTRICT CLERK

June 3, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 7:57:52 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DAVID MENDOZA
178TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: DOMINIQUE RASHAD HALE

Cause No: 1450601

Court. 178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 5-14-15
**Sentence Imposed Date:** 5-12-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC· Devon Anderson
   District Attorney
   Appellate Division
   Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston. Texas 77210-4651

**16**

CAUSE NO <u>1450601</u>
<u>1441963</u>

THE STATE OF TEXAS　　　　X　　　　IN THE <u>128T</u>

vs　　　　　　　　　　　　X
　　　　　　　　　　　　　　X　　　JUDICIAL DISTRICT COURT OF
<u>Dominique Hale</u>　　　　　X
　　　　　　　　　　　　　　X　　　<u>Harris</u>　COUNTY, TEXAS

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2016 MAY 14 PM 1:46

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT

　　　COMES NOW, <u>Dominique Hale</u> , Defendant in the above styled and numbered cause and, pursuant to rule 40(b) of the Texas Rules of Appellate Procedure, files this Notice of Appeal within the required thirty (30) days time period following the day of sentence (or suspension in open Court, or the day that an appealable order is signed), to the Texas Court of Criminal Appeals

　　　******IF THE DEFENDANT HAS PLED GUILTY OR NOLO CONTENDERE IN THIS CASE, THEN HE/SHE MUST STATE AND PROVE THAT HE/SHE HAS BEEN GRANTED PERMISSION TO APPEAL THE CASE BY THE TRIAL COURT*****

　　　EXAMPLE· The Defendant has been granted permission to appeal this case by the Trial Court through the Honorable Judge _____ on the _____ day of _____ , 20 __

　　　******OR DEFENDANT MUST STATE THAT "THOSE MATTERS WERE RAISED BY WRITTEN MOTION BY THE DEFENDANT AND WERE RULED UPON BEFORE THE TRIAL "****

　　　******TWO COPIES OF THIS MOTION MUST BE SENT TO THE COURT******

　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DEFENDANT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

"I, (INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL), being presently incarcerated in (INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME) in ___Harris___ County, Texas, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) __5/6/15__ (SIGNATURE) _____

## ORDER

On this the _____ day of _____ , 20 ___ , came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this court that this motion should be

GRANTED _____

DENIED _____ , and it is

so ordered

_____
JUDGE PRESIDING

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Dominique Hale

SPN: 02143491

Street: 701 San Jacinto    Cell: 6A2

Houston, Texas 77002

# INDIGENT

HCSO

US POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001374179 MAY 12 2015

Chris Daniel
Harris county clerk
PO Box 4451
Houston TX,
77210



Cause No. __1450601__

THE STATE OF TEXAS

IN THE 178TH DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

__Dominique Rashad__, Defendant

HARRIS COUNTY, TEXAS

__Hale__ TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

‒ ‒ ‒ this certification is made subsequent to a revocation of probation or adjudication of guilt. ‒ ‒ ‒ ‒ ‒

_____          **MAY 1 1 2015**
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          __Bobby D. Williams Jr__
Defendant                                 Defendant's Counsel

Mailing Address: __F I L E D__            State Bar of Texas ID number: __21514 700__
Chris Daniel
District Clerk

Telephone number: __MAY 1 1 2015__       Mailing Address: __2626 S. Loop West Ste 361__
                                          __Houston TX 77054__

Fax number (if any):Time:__Harris County, Texas__   Telephone number: __713 665-8558__

By_____                  Fax number: __713 665-8562__
Deputy

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

Cause No. 1450601

STATE OF TEXAS                          §        IN THE **178th** DISTRICT COURT
                                        §
v.                                      §
                                        §
Dominique Rashad, Hull                  §        OF HARRIS COUNTY, TEXAS
Defendant                               §

### ADVICE OF DEFENDANT'S RIGHT TO APPEAL

The Court, pursuant to TEX. R. App. P. 25.2, advises the Defendant as follows:

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you pled guilty or no contest and accepted the punishment recommended by the prosecutor, however, you cannot appeal your conviction unless this Court gives you permission. If you waived or gave up your right to appeal, you cannot appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal in writing to this Court's clerk within 30 days.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney, in writing, of any change in your address.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review within 30 days of the opinion's issuance in the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

The Defendant declares the following to the Court (choose one):
1. ☒ I read and write English. I have read and I understand this document. _____ (Defendant initial here if true); or
2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or
3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true.)

_____
Defendant's signature

Sworn to and subscribed before me on _____ **MAY 1 1 2015** _____.

_____          _____
Harris County Deputy District Clerk                        Presiding Judge
                                                          178th District Court
**FILED**                                                  Harris County, TEXAS
Chris Daniel
District Clerk

MAY 1 1 2015

Time:_____
Harris County, Texas

By_____
        Deputy

# APPEAL CARD



**Court** 178    7-11-15    **Cause No.** 145 0601

The State of Texas

Vs

_Hale, Dominique_

5-12-15

**Date Notice Of Appeal:** 5-14-2015

**Presentation:**          Vol._____ Pg._____

**Judgment:**          Vol._____ Pg._____

**Judge Presiding** Mendoza, David
**Court Reporter** waived
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Bobby Williams

**Attorney on Appeal**_____

Appointed_____    Hired ___X___

**Offense** Aslt fam/house Member imped. Breath

**Jury Trial:**    Yes_____    No ✓

**Punishment Assessed** 2 yrs TDC

**Companion Cases (If Known)**_____

**Amount of Appeal Bond**_____

**Appellant Confined:**    Yes ___/___    No_____

**Date Submitted To Appeal Section** 5-22-15

**Deputy Clerk**_____

Notice of Appeal Card Rev 9 84